UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 11-22681-Civ-SCOLA/BANDSTRA**

LYNN BRESLOW, individually, and
on behalf of "R.B.", a minor,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., a national bank,
(d/b/a "Wachovia Bank, a division of
Wells Fargo Bank, N.A.),

    Defendant.
_____ /

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, LYNN BRESLOW, individually, and on behalf of "R.B.", a minor ("BRESLOW"), through the undersigned counsel and pursuant to Fed. R. Civ. P. 56(a), hereby moves this Court for partial summary judgment in its favor and against Defendant, WELLS FARGO BANK, N.A., as to the issue of liability on all of the causes of action alleged in Plaintiff's Complaint, with damages to be determined at a later date.

The record shows, respecting the matters set forth in the Complaint, that no genuine issues of material fact remain affecting Defendant's liability and that the Plaintiff is entitled to judgment as a matter of law.

For the reasons contained herein and in the incorporated memorandum of law, Plaintiffs respectfully request that the Court grant this motion and enter summary judgment on their behalf.

Counsel certifies pursuant to Local Rule 7.1(a) that he had no obligation to consult with Defendant's counsel prior to filing this motion.

[1]

Respectfully submitted,

*/s/ Scott D. Owens*
**SCOTT D. OWNENS, ESQ.**
Florida Bar No.: 0597651
*Attorney for Plaintiff*
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Phone:  954-589-0588
Fax:      954-337-0666
scott@scottdowens.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this, the 12TH day of March, 2012, I electronically filed the foregoing document(s) with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

*/s/ Scott D. Owens*
**SCOTT D. OWENS, ESQ.**

[2]