

**Fox Rothschild** LLP
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000 Fax 215.299.2150
www.foxrothschild.com

**DATE: FEBRUARY 13, 2012**

## FACSIMILE TRANSMITTAL SHEET

| **TO:** Scott D. Owens | **COMPANY:** | **FAX NUMBER:** 954-337-0666 | **PHONE NUMBER:** 954-589-0588 |
|---|---|---|---|
| **FROM:** Tracy M. White | **PHONE NUMBER:** (215) 299-4405 **EMAIL:** twhite@foxrothschild.com | | **BILLING NUMBER:** 3248 |
| **NUMBER OF PAGES:** 23 | **CHARGE FILE #:** 72979-00186 **PRIORITY:** **REGULAR** | | **LOG NUMBER:** |

**IF YOU DO NOT RECEIVE ALL OF THE PAGES,
PLEASE CALL (215) 299-4405 AS SOON AS POSSIBLE.
ORIGINAL DOCUMENT WILL FOLLOW BY MAIL**

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ FOR YOUR INFORMATION

NOTES/COMMENTS:

IRS CIRCULAR 230 DISCLOSURE:
PURSUANT TO TREASURY REGULATIONS, ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED OR RELIED UPON BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (i) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX ADVICE ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.



## Fox Rothschild LLP
### ATTORNEYS AT LAW

Esperante Building
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602
www.foxrothschild.com

Tracy M. White
Direct Dial: (561) 804-4405
Email Address: twhite@foxrothschild.com

## Via Facsimile and U.S. Mail

February 13, 2012

Scott D. Owens, Esq.
664 East Hallandale Beach Blvd.
Hallandale, FL 33009

**Re:** **Breslow v. Wells Fargo**

Dear Mr. Owens :

Pursuant to the Court's February 8, 2012 Order Granting Plaintiffs' Motion to Compel Expedited Discovery Response Based Upon Written Stipulated Agreement on October 20, 2011, enclosed herewith is a compilation of call data. Also enclosed are copies of Wells Fargo's Certificate of Compliance and supporting Affidavit of J. Stuart Heaberlin which were electronically filed with the Court today.

Very truly yours,

Tracy M. White

TMW:mm
Enclosures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 11-22681-CIV-SCOLA/BANDSTRA

LYNN BRESLOW, individually, and
on behalf of "R.B.", a minor,

     Plaintiffs,

vs.

WELLS FARGO BANK, N.A., a national bank,
(d/b/a "Wachovia Bank, a division of
Wells Fargo Bank, N.A."),

     Defendant.
_____/

## DEFENDANT, WELLS FARGO BANK, N.A.'S CERTIFICATE OF COMPLIANCE WITH FEBRUARY 8, 2012 ORDER

Defendant, Wells Fargo Bank, N.A., as successor-in-interest to Wachovia Bank, N.A. ("Wells Fargo" or "Defendant"), by and through its undersigned counsel, hereby certifies its compliance with this Court's February 8, 2012 Order Granting Plaintiffs' Motion to Compel Expedited Discovery Response Based Upon Written Stipulated Agreement on October 20, 2011 ("Plaintiffs' Motion to Compel"), and, in addition, states as follows:

    1.    On or about February 8, 2012, this Court issued an Order granting Plaintiffs' Motion to Compel (the "Order"), requiring Wells Fargo to produce responsive documents within five (5) days, or by February 13, 2012.

    2.    Wells Fargo hereby certifies that it has complied with the Order by producing to Plaintiffs a compilation of call data along with an affidavit of the Wells Fargo representative who compiled the data. The relevant files are kept in a text format and it is impossible to cut and paste the information from the thousands of other calls placed on that day by the automated dialer.

1

02/13/2012 16:40 FAX 5618338441     FOX ROTHSCHILD                    ☑ 004/022
Case 1:11-cv-22681-RNS  Document 44-3  Entered on FLSD Docket 03/12/2012  Page 4 of 22

Case 1:11-cv-22681-RNS  Document 37  Entered on FLSD Docket 02/13/2012  Page 2 of 8

3.    The documents produced to Plaintiffs represent a summary of the phone calls made from a phone number controlled by Wells Fargo to the phone number purportedly owned by Plaintiffs (as set forth in Plaintiffs' November 3, 2011 affidavit) between the years 2007 and 2011.

4.    The creation of the compilation required Wells Fargo to search millions of pages of data over a period of four years from a dialer system that has been decommissioned. As a result of that decommission and to preserve the data, the dialer data from the period in question is actually exported in a nightly process that extracts the call data, including the name, address, phone number and social security numbers of the **thousands** of customers called on that day. The data is saved in text format and appended to the nightly file that is created. The data for one particular day cannot be cut and pasted and printed in order to produce the exact line.

5.    Wells Fargo has produced the compilation in an effort to comply with this Court's Order within the short time-frame provided. In light of the volume of data involved spanning four years, which is estimated to comprise millions of pages of documents, as well as the necessity to redact all confidential information concerning the thousands of other customers dialed by the system on a given day, the production of original data would be unduly burdensome and unnecessary.

6.    The Affidavit of J. Stuart Heaberlin, an officer of Wells Fargo, is attached hereto AS **Exhibit "A"** in support of this Certificate.

7.    To the extent this Court believes the produced compilation is insufficient to comply with the Order, Wells Fargo believes it will require hundreds of hours, cost thousands of dollars and at least an additional 50 working days, or 10 weeks, to redact the confidential information in order to search, produce and redact the millions of pages of original data.

2

02/13/2012 16:40 FAX  5618338441        FOX ROTHSCHILD                    ☑ 005/022
Case 1:11-cv-22681-RNS  Document 44-3  Entered on FLSD Docket 03/12/2012  Page 5 of 22

Case 1:11-cv-22681-RNS  Document 37  Entered on FLSD Docket 02/13/2012  Page 3 of 8

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

FOX ROTHSCHILD LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

By: /s/ Tracy M. White
    Amy S. Rubin
    Florida Bar No. 476048
    arubin@foxrothschild.com
    Tracy M. White
    Florida Bar No. 030655
    twhite@foxrothschild.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

3

02/13/2012 16:41 FAX 5618338441 FOX ROTHSCHILD ☑006/022
Case 1:11-cv-22681-RNS Document 44-3 Entered on FLSD Docket 03/12/2012 Page 6 of 22

Case 1:11-cv-22681-RNS Document 37 Entered on FLSD Docket 02/13/2012 Page 4 of 8

## SERVICE LIST

*United States District Court*
*Southern District of Florida*

### CASE NO: 11-22681-CIV- SCOLA/BANDSTRA

Amy S. Rubin
Florida Bar Number: 476048
arubin@foxrothschild.com
Tracy M. White
Florida Bar No. 030655
twhite@foxrothschild.com
Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

*Attorneys for Defendant Wells Fargo Bank, N.A.*

*Via CM/ECF:*
Scott D. Owens
Florida Bar Number 0597651
scott@scottdowens.com
664 East Hallandale Beach Blvd.
Hallandale, FL 33009
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

*Attorney for Plaintiffs*

4

WP1 455568v1 02/13/12

02/13/2012 16:41 FAX 5618338441          FOX ROTHSCHILD                    ☑007/022
Case 1:11-cv-22681-RNS  Document 44-3  Entered on FLSD Docket 03/12/2012  Page 7 of 22

Case 1:11-cv-22681-RNS  Document 37  Entered on FLSD Docket 02/13/2012  Page 5 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 11-22681-CIV-SCOLA/BANDSTRA

LYNN BRESLOW, individually, and
on behalf or "R.B.", a minor,

     Plaintiffs,

vs.

WELLS FARGO BANK, N.A., a national bank,
(d/b/a "Wachovia Bank, a division of
Wells Fargo Bank, N.A."),

     Defendant.

_____/

## AFFIDAVIT OF J. STUART HEABERLIN IN SUPPORT OF WELLS FARGO'S CERTIFICATE OF COMPLIANCE WITH FEBRUARY 8, 2012 ORDER

STATE OF OREGON       )
                   ) ss:
COUNTY OF WASHINGTON  )

    BEFORE ME, the undersigned authority, personally appeared J. Stuart Heaberlin, who,

after being first duly sworn, deposes and states:

    1.    I am an officer at Wells Fargo Bank, N.A., f/k/a Wachovia Bank, N.A., and am

responsible for overdraft deposit collections and recovery.

    2.    I am over 18 years of age and I have personal knowledge of all facts and

circumstances set forth herein.

    3.    This Affidavit is given in support of Wells Fargo's February 13, 2012 Certificate

of Compliance with February 8, 2012 Order.

    4.    The documents produced to Plaintiffs represent a summary of the phone calls

made from a phone number controlled by Wells Fargo to the phone number purportedly owned

WP1 455587v1 02/13/12



02/13/2012 16:41 FAX 5618338441    FOX ROTHSCHILD    ☑008/022
Case 1:11-cv-22681-RNS  Document 44-3  Entered on FLSD Docket 03/12/2012  Page 8 of 22

Case 1:11-cv-22681-RNS  Document 37  Entered on FLSD Docket 02/13/2012  Page 6 of 8

by Plaintiffs (as set forth in Plaintiffs' November 3, 2011 affidavit) between the years 2007 and 2011.

5.    The original data of calls and attempted calls made by a Wells Fargo automated dialer is comprised of millions of pages obtained from a dialer system that has been decommissioned. As a result of that decommission and to preserve the data, the dialer data from the period in question is actually exported in a nightly process that extracts the call data, including the name, address, phone number and social security numbers of the thousands of customers called each day. The data is saved in text format and appended to a nightly file. The data for the entirety of one particular day cannot be cut, pasted and printed in such a way as to protect the confidential information of other customers without significant effort.

6.    The creation of the compilation required Wells Fargo to complete the following process:

(a)    Unzipped all raw data from file server;

(b)    Opened files in a text editor application and used a search function to isolate the phone number in question;

(c)    Copied and pasted information from raw files to Excel spreadsheet.

7.    To produce the original data, rather than the compilation, Wells Fargo would be required to extract all files of data between 2007 and 2011, redact confidential customer information, and deliver the requested files.

8.    Wells Fargo believes production of the original data would take 395.25 processing hours, or at least 50 working days at 8 hours per day. The process to produce the original data would be as follows:

(a)    Unzip all files, which is a one-time process that takes at least 4 hours;

WP1 455587v1 02/13/12

(b)     Identify the layout of each file, which is a one-time process that takes at least 4 hours;

(c)     Sort files into corresponding directories so the files will be imported based on file layout, which is a one-time process that takes at least 4 hours;

(d)     Build and test the redaction process, which is a one-time process that takes at least 40 hours;

(e)     Run the process to import the files, redact required information, and export new text file which would take an estimated 343.25 hours, assuming there are no file issues or other technology hurdles encountered during processing;

(f)     Provide data to counsel;

(g)     Burn to DVD which would take one hour, OR Upload to Secured Data Transfer Service site which would take 3 hours;

(h)     At least 4,119 files would require work effort and it would take at least 5 minutes per file to redact all confidential information;

(i)     At least 102,975,000 individual records would require redaction, which is based on an average of 25,000 records per file.

9.     Based on the foregoing information, Wells Fargo estimates that it would take 395.25 processing hours to produce the original files (4,119 * 5 = 20595; 20595/60 = 343.25; 343.25 + 4 + 4 + 4 + 40 = 395.25).

10.     Due to nature of the files, processing will require supervision by an upper level employee limiting production to 8 hours of processing time per work day

11.     This equates to 50 days or 10 weeks to produce the requested files.

FURTHER AFFIANT SAYETH NOT.

_____  2/13/12

J. STUART HEABERLIN

Sworn to and subscribed before me by J. Stuart Heaberlin who is personally known to me, or has produced _____ as identification, on this 13th day of February, 2012.

NOTARY PUBLIC

(SEAL)

OFFICIAL SEAL
JUDITH E ARMSTRONG
NOTARY PUBLIC - OREGON
COMMISSION NO. 447931
MY COMMISSION EXPIRES APRIL 10, 2014

WP1 455587v1 02/13/12

| # | Date/Time | Disposition | Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|---|
| 1 | 3/17/2008 10:24:51 AM | Answering Machine | TIMOTHY DUNLAP | 1348 WASHINGTON AVENUE STE 25 | MIAMI BEACH | FL | 33139 | 7868773516 |
| 2 | 3/24/2008 8:33:05 PM | Fax Machine | TIMOTHY DUNLAP | 1348 WASHINGTON AVENUE STE 25 | MIAMI BEACH | FL | 33139 | 7868773516 |
| 3 | 5/6/2008 2:55:57 PM | Fax Machine | TIMOTHY DUNLAP | 1348 WASHINGTON AVENUE STE 25 | MIAMI BEACH | FL | 33139 | 7868773516 |
| 4 | 5/6/2008 2:56:30 PM | SIT Tone | TIMOTHY DUNLAP | 1348 WASHINGTON AVENUE STE 25 | MIAMI BEACH | FL | 33139 | 7868773516 |
| 5 | 5/9/2008 4:51:56 PM | SIT Tone | TIMOTHY DUNLAP | 1348 WASHINGTON AVENUE STE 25 | MIAMI BEACH | FL | 33139 | 7868773516 |
| 6 | 5/9/2008 4:52:18 PM | SIT Tone | TIMOTHY DUNLAP | 1348 WASHINGTON AVENUE STE 25 | MIAMI BEACH | FL | 33139 | 7868773516 |
| 7 | 5/12/2008 3:59:45 PM | SIT Tone | TIMOTHY DUNLAP | 1348 WASHINGTON AVENUE STE 25 | MIAMI BEACH | FL | 33139 | 7868773516 |
| 8 | 5/12/2008 4:01:11 PM | SIT Tone | TIMOTHY DUNLAP | 1348 WASHINGTON AVENUE STE 25 | MIAMI BEACH | FL | 33139 | 7868773516 |
| 9 | 5/13/2008 8:39:06 PM | SIT Tone | TIMOTHY DUNLAP | 1348 WASHINGTON AVENUE STE 25 | MIAMI BEACH | FL | 33139 | |
| 10 | 7/10/2008 3:52:38 PM | SIT Tone | E-SMART CORP | 1348 WASHINGTON AVENUE, #257 | MIAMI BEACH | FL | 33139 | 000000000 |
| 11 | 9/25/2008 4:20:25 PM | Played Message On Answering Machi... | HIBISCUS GROUP INVESTMEN | 1348 WASHINGTON AVE SUITE 257 | MIAMI BEACH | FL | 33139 | |
| 12 | 9/25/2008 7:08:31 PM | DDA - Wrong Number | HIBISCUS GROUP INVESTMEN | 1348 WASHINGTON AVE SUITE 257 | MIAMI BEACH | FL | 33139 | |
| 13 | 9/25/2008 7:08:17 PM | Exclusion Type Account Number | HIBISCUS GROUP INVESTMEN | 1348 WASHINGTON AVE SUITE 257 | MIAMI BEACH | FL | 33139 | |
| 14 | 12/17/2008 5:50:09 PM | Exclusion Type Phone Number | E-SMART CORP | 1348 WASHINGTON AVE | MIAMI BEACH | FL | 33139 | 000000000 |

Phone Number in Question:  786-877-3516  (786) 877-3516

Date Range:  08/01/2007 - 08/01/2011

02/13/2012  16:43 FAX   5618338441        FOX ROTHSCHILD                    ☑ 012/022

**Cell:** C2
**Comment:** Dialer reached an answering machine and hung up

**Cell:** C3
**Comment:** Dialer reached a fax machine and hung up

**Cell:** C4
**Comment:** Dialer reached a fax machine and hung up

**Cell:** C5
**Comment:** SIT TONE (Special Information Tone) was detected signaling the dialer the call did not go through

**Cell:** C6
**Comment:** SIT TONE (Special Information Tone) was detected signaling the dialer the call did not go through

**Cell:** C7
**Comment:** SIT TONE (Special Information Tone) was detected signaling the dialer the call did not go through

**Cell:** C8
**Comment:** SIT TONE (Special Information Tone) was detected signaling the dialer the call did not go through

**Cell:** C9
**Comment:** SIT TONE (Special Information Tone) was detected signaling the dialer the call did not go through

**Cell:** C10
**Comment:** SIT TONE (Special Information Tone) was detected signaling the dialer the call did not go through

**Cell:** C11
**Comment:** SIT TONE (Special Information Tone) was detected signaling the dialer the call did not go through

**Cell:** C12
**Comment:** Dialer reached an answering machine and played a pre-recorded message

**Cell:** C13
**Comment:** Agent dispositioned the call as a Wrong Number

**Cell:** C14
**Comment:** Account number was entered into Dialer software to start excluding from dialing

**Cell:** C15
**Comment:** Phone number was entered into Dialer software to start excluding from dialing

02/13/2012 16:43 FAX  5618338441        FOX ROTHSCHILD                    ☑ 013/022



2007 DATA

XX

Have Data
No Data

2007 DATA



2008 DATA

| XX | |
|---|---|
| Have Data | No Data |

2008 DATA



2009 DATA

| XX | Have Data |
|----|-----------|
|    | No Data   |

2009 DATA



2010 DATA

| XX |
|----|
| Have Data |
| No Data |

2010 DATA



2011 DATA

Dialer Decommissioned

| XX |
|----|
| Have Data |
| No Data |

2011 DATA