UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-22681-CIV-SCOLA/BANDSTRA

LYNN BRESLOW, individually, and
on behalf or "R.B.", a minor,

    Plaintiffs,

vs.

WELLS FARGO BANK, N.A., a national bank,
(d/b/a "Wachovia Bank, a division of
Wells Fargo Bank, N.A."),

    Defendant.
_____/

## WELLS FARGO BANK, N.A.'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, Wells Fargo Bank, N.A., successor-in-interest to Wachovia Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. Rule 7.1, hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment, and in support thereof states as follows:

1. On March 12, 2012, Plaintiffs filed their Motion for Partial Summary Judgment (ECF No. 44) in this matter.

2. The current deadline for Wells Fargo to serve its response to Plaintiffs' Motion for Partial Summary Judgment is March 29, 2012.

3. The parties attended mediation on March 22, 2012 and have temporarily adjourned the mediation pending further settlement talks.

4. In the interest of potentially avoiding the unnecessary utilization of the resources of the parties and the Court, Wells Fargo requests a brief two-week enlargement of time, through and

including, April 12, 2012, within which to file a response to Plaintiffs' Motion for Partial Summary Judgment (ECF No. 44) while the parties continue to attempt to amicably resolve this matter.

5. The request contained herein is not intended for purposes of delay and will not cause any prejudice to the Court or any party to this action.

WHEREFORE, for good cause shown, Defendant, Wells Fargo, hereby requests that this Court enter an Order extending its time to serve a response to Plaintiffs' Motion for Partial Summary Judgment (ECF No. 44), through and including, April 12, 2012, together with such other and further relief as this Court deems just and proper.

### Certificate of Good Faith Conference Pursuant to S.D. Fla. L.R. 7.1(A)(3)

I hereby certify that counsel for the movant has conferred with counsel for all parties in a good faith effort to resolve the issues raised in the motion and states that the following issues have been resolved: <u>The parties agree to all of the relief requested herein</u>. The following issues remain unresolved: <u>None</u>.

> FOX ROTHSCHILD LLP
> 222 Lakeview Avenue, Suite 700
> West Palm Beach, FL 33401
> Telephone: (561) 835-9600
> Facsimile: (561) 835-9602
>
> By: /s/ Elliot A. Hallak
>     Amy S. Rubin
>     Florida Bar No. 476048
>     arubin@foxrothschild.com
>     Elliot A. Hallak
>     Florida Bar No. 762741
>     ehallak@foxrothschild.com
>
> *Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

FOX ROTHSCHILD LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

By: */s/ Elliot A. Hallak*
   Amy S. Rubin
   Florida Bar No. 476048
   arubin@foxrothschild.com
   Elliot A. Hallak
   Florida Bar No. 762741
   ehallak@foxrothschild.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## SERVICE LIST

*United States District Court*
*Southern District of Florida*

CASE NO: 11-22681-CIV-SCOLA/BANDSTRA

Amy S. Rubin
Florida Bar Number: 476048
arubin@foxrothschild.com
Elliot A. Hallak
Florida Bar No. 762741
ehallak@foxrothschild.com
Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

***Attorneys for Defendant Wells Fargo Bank, N.A.***

Scott D. Owens
Florida Bar Number 0597651
scott@scottdowens.com
2000 E. Oakland Park Blvd., Suite 106
Fort Lauderdale, Florida 33306
Telephone: (954) 306-8104
Facsimile: (954) 337-0666

***Attorney for Plaintiffs***

WP1 464391v1