UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-22681-CIV-MARTINEZ/MCALILEY

LYNN BRESLOW, individually, and
on behalf or "R.B.", a minor,

    Plaintiffs,

vs.

WELLS FARGO BANK, N.A., a national bank,
(d/b/a "Wachovia Bank, a division of
Wells Fargo Bank, N.A."),

    Defendant.

_____/

## WELLS FARGO BANK, N.A.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS

Defendant, Wells Fargo Bank, N.A., successor-in-interest to Wachovia Bank, N.A. ("Wells Fargo"), pursuant to Federal Rule of Civil Procedure 33, hereby serves its First Set of Interrogatories upon Plaintiffs, Lynn Breslow, individually, and on behalf of "R.B.", a minor's (collectively, "Plaintiffs" or "Breslow"), to be answered under oath and in writing within thirty (30) days of the date of service.

## DEFINITIONS

"Document" means originals, drafts, or exact duplicates of any written, or graphic matter, however produced or reproduced, of any thought, expression, kind or description, and all tangible things from which information can be transcribed, including, without limitation, copy paper, book, account, report, record or recording, film transcript, letter, e-mail, electronically stored information, memorandum, agreement, correspondence, note, message, telegraph, teletype, telefax, meeting or other communication, contract, check, transcript, statistic, survey, magazine or newspaper article,

release, graph or aural record or representation of any kind, including, without limitation, photographs, charts, graphs, microfiche, microfilm, video tape, motion picture and electronic, mechanical or electric recording or representation of any kind (including, without limitation, tapes, cassettes, discs and recordings), and including the file and file cover.

"Communication" means any oral or written expression, statement, dialogue, colloquialism, discussion, conversation, or agreement, whether orally stated in person, by telephone, at a meeting or conference or otherwise, or whether expressly transcribed, sent, rendered or otherwise.

"Contact" means any form of communication between two or more persons.

"Person" means any natural person, a corporation, partnership, other business association or entity, and any governmental body, commission, board, department agency, trust, joint venture, group association, governmental agency, unit or other organization and all other forms of organizations, partnerships or associations.

"All documents" means every document or group of documents or communication as above defined, known to you and every such document or communication that can be located or discovered by reasonably diligent efforts.

The word "or" means "and/or".

The word "and" means "and/or".

The word "all" means "any and all".

The word "any" means "any and all".

The term "refer or relate to" means constituting, comprising, containing, consisting of, setting forth, proposing, showing, evidencing, disclosing, describing, discussing, explaining, summarizing, concerning, reflecting, authorizing, pertaining to, or mentioning, directly or indirectly.

Each non-identical copy of a document is a separate document.

"Wells Fargo" means Wells Fargo Bank, N.A., successor-in-interest to Wachovia Bank, N.A., its officers, directors, members agents, attorneys, accountants, representatives and employees.

"Lynn Breslow" means Plaintiff, Lynn Breslow, her agents, attorneys, accountants, representatives and employees.

"R.B." means Plaintiff, R.B., a minor, his/her agents, attorneys, accountants, representatives and employees.

Unless otherwise stated, all requests refer to the time period between January 1, 2007, and the present.

## INTERROGATORIES

1. Please identify by name, home and work address(es), all home, work, and mobile phone number(s), and all e-mail address(es) of each person answering these Interrogatories and all persons who answered and/or assisted in answering these Interrogatories.



R███B█████
Address: ███████████
Home Phone: ███████
Current Cell Phone: ███████
Previous Cell Phone: 786-███-3516
Email: ███████████

2. Please identify the telephone number which is the subject of this lawsuit.

(786)▮▮-3516



3. Please identify all persons who had access to and/or used the telephone number referenced in your answer to interrogatory number 2.



4. Please identify all telephone carriers or entities which provided the service for the telephone number referenced in your answer to interrogatory number 2.

Verizon Wireless

5. Please identify all telephone numbers, account numbers, and/or contract numbers associated with any contract or plan you maintain with the telecommunications carrier(s) identified in your answer to interrogatory number 4, the owner(s) of any such telephone numbers, and all persons who have access to and/or use any such telephone numbers.

Account # ▮▮▮▮▮▮
Numbers associated with the Verizon account prior to changing numbers:
(786) ▮▮▮3516
▮▮▮▮▮▮

Current numbers associated with the Verizon account:
▮▮▮▮▮▮
▮▮▮▮▮▮

6. Please identify whether you ever advised any employee of Wells Fargo that you did not maintain any accounts at Wells Fargo, that Wells Fargo was contacting you in error, and/or requested that Wells Fargo cease contacting you. Please include in your answer the date and time of any such communication, all persons present during any such communication, the substance of any such communication, and the mode of any such communication (e.g., in-person, telephone, letter, facsimile, e-mail, etc.).

| DATE/ TIME | PERSONS PRESENT | SUBSTANCE OF COMMUNICATION | MODE OF COMMUNICATION |
| --- | --- | --- | --- |

I had informed the callers on numerous occasions (by phone) that they had the wrong number and that I never had any association with Wells Fargo. However, I have no record of their names, times, etc. And, after almost a year of calls, the harassment led me to change my phone number.

7. Please identify any business relationship or prospective business relationship you or any immediate family member have ever had with Wells Fargo, including, but not limited to, any bank accounts, loans, credit cards, and/or debit cards. Please include in your answer any account numbers associated with any such bank accounts, loans, credit cards, and/or debit cards, the date(s) when any such relationship was established, and the date(s) when any such relationship was terminated.

None

## Verification

By: _____
Lynn Breslow

STATE OF Florida )
) SS:
COUNTY OF Broward )

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, the foregoing instrument was acknowledged before me by _ Lynn Breslow freely and voluntarily, who has verified that she has reviewed the Answers to these Interrogatories and that the information contained in the Answers to these Interrogatories is true and correct to the best of her knowledge. She ✓ is personally known to me or ___ has produced _____ as identification.
    WITNESS my hand and official seal in the County and State last aforesaid this 5 day of March, 2012.



_____
Notary Public
Steven M. Baker
Typed, printed or stamped name of Notary Public
My Commission Expires: _____

## Verification

By: ~~███████~~
R.B.

STATE OF Florida )
)SS:
COUNTY OF Broward )

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, the foregoing instrument was acknowledged before me by ~~███████~~ freely and voluntarily, who has verified that he/she has reviewed the Answers to these Interrogatories and that the information contained in the Answers to these Interrogatories is true and correct to the best of his/her knowledge. He/she ✓ is personally known to me or ___ has produced _____ as identification.

WITNESS my hand and official seal in the County and State last aforesaid this 5 day of March, 2012.

[SEAL: STEVEN M. BAKER / MY COMMISSION # EE 079627 / EXPIRES: April 8, 2015 / Bonded Thru Notary Public Underwriters]

Notary Public
Steven M. Baker
Typed, printed or stamped name of Notary Public
My Commission Expires: _____

WP1 438277v1 11/18/11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished via facsimile and regular U.S. Mail to: Scott D. Owens, Esq., 2000 E. Oakland Park Blvd., Suite 106, Fort Lauderdale, Florida 33306 on this the 3rd day of November, 2011.

*[signature]*

Amy S. Rubin (Florida Bar Number: 476048)
arubin@foxrothschild.com
Elliot A. Hallak (Florida Bar Number: 762741)
ehallak@foxrothschild.com
FOX ROTHSCHILD, LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, Florida 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602
*Attorneys for Defendant, Wells Fargo Bank, N.A.,*
*successor in interest to, Wachovia Bank, N.A.*