UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-22681-CIV-SCOLA/BANDSTRA

LYNN BRESLOW, individually, and
on behalf or "R.B.", a minor,

Plaintiffs,
vs.

WELLS FARGO BANK, N.A., a national bank,
(d/b/a "Wachovia Bank, a division of
Wells Fargo Bank, N.A."),

     Defendant.
_____/

## DEFENDANT WELLS FARGO BANK, N.A.'S
## PROPOSED VOIR DIRE QUESTIONS

Defendant, Wells Fargo Bank, NA, ("Wells Fargo") by and through its undersigned counsel and pursuant to this Court's December 8, 2011 Amended Scheduling Order (ECF No. 26), hereby submits its proposed Voir Dire Questions, as follows:

1. Has anyone ever gotten a new phone number and had people calling looking for the person who had that number before you?

2. Has a creditor or debt collector ever attempted to contact you using an automated dialing system or a prerecorded voice in regard to a debt they claimed you owed and was overdue?

3. Do you believe that a creditor or debt collector has the right to make telephone calls to persons who owe outstanding overdue debts?

4. Have you ever had a dispute with any financial institution, including having a financial institution claim you were in default on a debt?

5. Do you believe that there are legitimate reasons for companies to use automated dialing systems or pre-recorded voices on telephone calls they make, as opposed to having a live person making those calls?

Respectfully submitted,

FOX ROTHSCHILD LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

By: /s/ *Amy S. Rubin*
    Amy S. Rubin (Florida Bar No. 476048)
    arubin@foxrothschild.com
    Elliot A. Hallak (Florida Bar No. 762741)
    ehallak@foxrothschild.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

FOX ROTHSCHILD LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

By: */s/ Amy S. Rubin*
    Amy S. Rubin (Florida Bar No. 476048)
    arubin@foxrothschild.com
    Elliot A. Hallak (Florida Bar No. 762741)
    ehallak@foxrothschild.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## SERVICE LIST

*United States District Court*
*Southern District of Florida*

CASE NO: 11-22681-CIV- SCOLA/BANDSTRA

Amy S. Rubin
Florida Bar Number: 476048
arubin@foxrothschild.com
Elliot A. Hallak
Florida Bar No. 762741
ehallak@foxrothschild.com
Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone:   (561) 835-9600
Facsimile:    (561) 835-9602

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Scott D. Owens
Florida Bar Number 0597651
scott@scottdowens.com
2000 E. Oakland Park Blvd., Suite 106
Fort Lauderdale, Florida 33306
Telephone:  (954) 306-8104
Facsimile:   (954) 337-0666

*Attorney for Plaintiffs*