UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22681-Civ-SCOLA

LYNN BRESLOW, individually and on
behalf of R.B., a minor,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., a national
bank, (d/b/a "Wachovia Bank, a division of
Wells Fargo Bank, N.A."),

    Defendant.

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff, through the undersigned and pursuant to the Court's Order of December 8, 2011 (Doc. 26), hereby submits her proposed voir dire questions:

1. Has a debt collector ever called your cell phone attempting to collect a debt from the person who had the number before you?

2. Do you believe most debt collectors will stop attempting to collect a debt simply because they are asked to stop?

3. Do you believe a fourteen (14) year-old can be responsible enough to have a cellular phone?

4. Are you the type of person who finds it difficult to take someone at their word?

5. Have you or anyone in your family ever worked for a financial institution, or a debt collection or an insurance subrogation company?

Dated: June 18, 2012

                                                Respectfully submitted,

                                                /s/*Scott D. Owens*
                                                **SCOTT D. OWENS, ESQ.**
                                                Florida Bar No.: 0597651
                                                664 E. Hallandale Beach Blvd.
                                                Hallandale, FL 33009
                                                Tel:    954−589−0588
                                                Fax:    954−337−0666
                                                scott@scottdowens.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 18, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                By: */s/ Scott D. Owens*
                                                       **SCOTT D. OWENS, ESQ**.