UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22681-Civ-SCOLA

LYNN BRESLOW, individually and on
behalf of R.B., a minor,

      Plaintiffs,

vs.

WELLS FARGO BANK, N.A.,

      Defendant.
_____/

**ORDER DENYING DEFENDANTS' MOTION FOR
RECONSIDERATION; ORDER GRANTING DEFENDANT'S ALTERNATIVE
MOTION FOR CERTIFICATION; AND ORDER STAYING CASE PENDING APPEAL**

THIS MATTER is before the Court on the Defendants' Motion for Reconsideration, Or In The Alternative, Motion For Certification Pursuant to 28 U.S.C. § 1292(b) and To Stay Case Pending Any Appeal (ECF Nos. 65). Federal Rule of Civil Procedure 60(b) provides:

> [A] court may relieve a party . . . from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial . . . ; (3) fraud . . . , misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged . . . ; or (6) any other reason justifying relief from the operation of the judgment.

Federal Rule of Civil Procedure 59(e) permits a motion to alter or amend a judgment. "The only grounds for granting a Rule 59 motion are newly-discovered evidence or manifest errors of law or fact. A Rule 59(e) motion cannot be used to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (internal quotations omitted).

The Defendants' Motion for reconsideration fails to meet the standards of Rule 59 or 60(b). Having considered the motion, the record, and the relevant legal authorities, it is ORDERED that the Defendants' Motion for Reconsideration is DENIED. Alternatively, Wells Fargo requests that this Court certify the Partial Summary Judgment Order for immediate appeal

pursuant to 28 U.S.C. § 1292(b) and stay these proceedings during the pendency of any appeal. This alternative motion is GRANTED. This Court determines that the Partial Summary Judgment Order (ECF No. 58) involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation. Accordingly, this matter is CERTIFIED for immediate interlocutory appeal to the Eleventh Circuit Court of Appeals. It is FURTHER ORDERED that this matter shall be STAYED during the pendency of any appeal. The Clerk shall administratively close this matter during the period of the stay.

**DONE and ORDERED** in chambers, at Miami, Florida, on June 19, 2012.

ROBERT N. SCOLA, JR.
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*